IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

D. S., FATHER OF E. R. S., a
MINOR CHILD,

     Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3897

_____/

Opinion filed October 16, 2015.

An appeal from an order of the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

James W. Crawford, Pensacola, for Appellant.

Kelley Schaeffer, Guardian ad Litem Program, Sanford; Dwight O. Slater, Children's Legal Services, Department of Children and Families, Tallahassee, for Appellee.


PER CURIAM.

Upon consideration of the appellant's response to the Court's order of September 28, 2015, the Court has determined that the appellant has failed to demonstrate that the appeal was timely filed. See St. Moritz Hotel v. Daughtry, 249 So. 2d 27 (Fla. 1971); Churchville v. Ocean Grove R.V. Sales, Inc., 876 So. 2d

649, 651 (Fla. 1st DCA 2004) ("An amendment or modification of an order or judgment in an immaterial, insubstantial way does not restart the clock to file an appeal"). Accordingly, the appeal is hereby dismissed. Any remedy the appellant may have lies with the lower tribunal. See In the Interest of E.H., 609 So. 2d 1289 (Fla. 1992).

BENTON, ROWE, and OSTERHAUS, JJ., CONCUR.